**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TERRY ANDERSON**                                                                             **PLAINTIFF**
**ADC #108826**

v.                                    **CASE NO. 1:16-CV-00001 BSM**

**BILLY COWELL, et al.**                                                                      **DEFENDANTS**

## ORDER

Plaintiff Terry Anderson has not objected to Magistrate Judge Patricia S. Harris's proposed findings and recommended disposition [Doc. No. 32]. After carefully reviewing the record, the proposed findings and recommended disposition is adopted in its entirety. Accordingly, the motion for summary judgment [Doc. No. 20] and the motion to deem admitted [Doc. No. 25] submitted by defendants Brenda Bridgeman, Correct Care Solutions, and Billy Cowell are granted; the motion for summary judgment [Doc. No. 27] filed by defendant Robert Reichard is granted; and Anderson's complaint is dismissed without prejudice. It is furthermore certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 5th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE